IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

CHARLOTTE E. ADKINS,

        Plaintiff,

v.                                CIVIL ACTION NO.  3:19-0624

ANDREW SAUL, Commissioner
of the Social Security Administration,

        Defendant.

**MEMORANDUM OPINION AND ORDER**

        This action was referred to the Honorable Dwane L. Tinsley, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted findings of fact and recommended that the Court deny Claimant's request to reverse the Commissioner's decision (ECF No. 18), grant the Commissioner's request to affirm his decision (ECF No. 22), affirm the final decision of the Commissioner, and dismiss this action from the Court's docket. Neither party has filed objections to the Magistrate Judge's findings and recommendation.

        Accordingly, the Court accepts and incorporates herein the findings and recommendations of the Magistrate Judge and **DENIES** Claimant's request to reverse the Commissioner's decision (ECF No. 18), **GRANTS** the Commissioner's request to affirm his decision (ECF No. 22), **AFFIRMS** the final decision of the Commissioner, and **DISMISSES** this action from the Court's docket, consistent with the findings and recommendation.

-2-

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

        ENTER:    August 5, 2020

        *[Signature]*
        ROBERT C. CHAMBERS
        UNITED STATES DISTRICT JUDGE